# UNITED STATES DISTRICT COURT

for the
UNITED STATES DISTRICT COURT FOR THE EASTERN DOSTRICT OF TENNESSEE

| | | |
|---|---|---|
| Sheri Butler Brockington | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 26-cv-228 |
| | ) | |
| Maple Coverage, LLC | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Maple Coverage, LLC c/o Harvard Business Services, Inc Registered Agent 16192 Coastal HWY Lewes, Delaware 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paronich Law PC , Anthony Paronich

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-228

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Maple Coverage, LLC</u> was received by me on *(date)* <u>5/26/2026</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Robert Fowler</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Maple Coverage, LLC</u> on *(date)* <u>Thu, May 28 2026</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6-3-26

_____
*Server's signature*

Stephen Kempski
_____
*Printed name and title*

364 E. Main Street Suite 309, Middletown , DE 19709
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 28, 2026, 9:05 am EDT at Corporate: 16192 Coastal Highway, Lewes, DE 19958 received by Robert Fowler. Age: 50's; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'8"; Hair: Brown; Relationship: Mail Clerk;

# AFFIDAVIT OF SERVICE

| Case:<br>26-cv-228 | Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN<br>DOSTRICT OF TENNESSEE | County: | Job:<br>16055432 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Sheri Butler Brockington | | **Defendant / Respondent:**<br>Maple Coverage, LLC | |
| **Received by:**<br>Delaware Detective Group, LLC | | **For:**<br>Paronich Law PC | |
| **To be served upon:**<br>Maple Coverage, LLC | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Robert Fowler, Corporate: 16192 Coastal Highway, Lewes, DE 19958

**Manner of Service:**   Registered Agent, May 28, 2026, 9:05 am EDT

**Documents:**   Summons, Civil Cover Sheet, Complaint

**Additional Comments:**
1) Successful Attempt: May 28, 2026, 9:05 am EDT at Corporate: 16192 Coastal Highway, Lewes, DE 19958 received by Robert Fowler. Age: 50's; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'8"; Hair: Brown; Relationship: Mail Clerk;

_____     6/3/26
Stephen Kempski                                    **Date**

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678