# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

SHERI BUTLER BROCKINGTON,               Case No. 3:26-cv-00228-TAV-JEM
*on behalf of herself and others similarly situated*,

         Plaintiff,

vs.

MAPLE COVERAGE LLC,

         Defendant.

---

## CORPORATE DISCLOSURE STATEMENT OF
## <u>DEFENDANT MAPLE COVERAGE LLC</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Maple Coverage LLC, by and through its undersigned counsel, hereby discloses as follows:

Defendant Maple Coverage LLC is a wholly owned subsidiary of Ocean Reef Media LLC. Ocean Reef Media LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 18, 2026              Respectfully submitted,

                        */s/ Michael C. Polovich*
                        Michael C. Polovich (TN BPR 33491)
                        MORGAN, LEWIS & BOCKIUS LLP
                        One Federal Street
                        Boston, MA 02110
                        Telephone:  617.341.7700
                        Fax:  617.341.7701
                        michael.polovich@morganlewis.com

                        Attorneys for Defendant
                           *Maple Coverage LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on June 18, 2026 via the Court's CM/ECF system.

*s/ Michael C. Polovich*