UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SHERI BUTLER BROCKINGTON,  )
                            )
        Plaintiff,          )
                            )
v.                          )        No.:   3:26-CV-228-TAV-JEM
                            )
MAPLE COVERAGE LLC,         )
                            )
        Defendant.          )

## ORDER

This civil case is before the Court on *sua sponte* review. On June 25, 2026, the Court entered a scheduling order in this case [Doc. 16]. As set out in the scheduling order, the parties are to hold a discovery planning meeting as required by Federal Rule of Civil Procedure 26(f) within 15 days of the entry of the scheduling order [*Id.* ¶ 4(a)]. Within 10 days after the Rule 26(f) meeting, the parties are required to file their discovery plan with the Court [*Id.* ¶ 4(b)]. Over 30 days have elapsed since the Court entered the scheduling order, and the parties have not filed their discovery plan with the Court, nor taken any other action in this case.

Accordingly, within **seven (7) days of the entry of this Order**, the parties are **ORDERED** to **SHOW CAUSE** as to why they have failed to comply with the scheduling order [Doc. 16 ¶ 4(b)]. Failure to timely comply with this Order may result in dismissal of this action without further notice. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE