# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

SHERI BUTLER BROCKINGTON,                           Case No. 3:26-CV-228-TAV-JEM

                 Plaintiff,

        vs.

MAPLE COVERAGE LLC,

                 Defendant.

---

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Defendant Maple Coverage LLC ("Maple Coverage") and plaintiff Sheri Butler Brockington ("Plaintiff") hereby respond to the Court's Order to Show Cause. (ECF. No. 17.) The Court directed the parties to show cause for their failure to hold a discovery planning meeting within 15 days of the entry of the scheduling order, and file their discovery plan within 10 days of such meeting. (ECF. No. 17.) The parties properly held their discovery planning meeting on July 6, 2026, within 15 days of the entry of the scheduling order pursuant to Federal Rule of Civil Procedure 26(f). The parties had scheduled a mediation for July 17, 2026, and had planned to file the plan if the parties did not settle or notify the Court of any settlement reached. The parties indeed reached settlement on July 17, 2026, and are in the process of negotiating a mutually agreeable settlement agreement but inadvertently failed to notify the Court. The parties hereby notify the Court that they have reached a settlement and will expeditiously submit dismissal papers.

The parties and their counsel apologize to the Court for their inadvertent oversight and any resulting unnecessary expenditure of the Court's time and resources.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Michael C. Polovich*

Michael C. Polovich (TN BPR 33491)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Telephone: 617.341.7700
Fax: 617.341.7701
michael.polovich@morganlewis.com

Attorneys for Defendant
*Maple Coverage LLC*

*/s/ Anthony I. Paronich*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw/.com