UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SHERI BUTLER BROCKINGTON,          )
                                   )
            Plaintiff,             )
                                   )
v.                                 )          No.:   3:26-CV-228-TAV-JEM
                                   )
MAPLE COVERAGE, LLC,               )
                                   )
            Defendant.             )

## **ORDER**

The Court has been informed that the parties have reached a settlement in this case [*See* Doc. 18].  In light of this information, the parties shall have **30 days** from the entry of this order to file a stipulation of dismissal.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  If additional time is needed to file the stipulation, the parties may so notify the Court and request an extension.  If a stipulation is not filed and an extension is not requested, the Court will dismiss this case.  *See* Fed. R. Civ. P. 41(b); E.D. Tenn. L.R. 68.1.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE