**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : | CIVIL ACTION FILE NO. 3:26-cv-00228-TAV-JEM |
| Plaintiff, | : | |
| v. | : | |
| MAPLE COVERAGE LLC | : | |
| Defendant. | : | |

______________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: August 29, 2026

PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT,

*/s/ Michael C. Polovich*
Michael C. Polovich
Morgan, Lewis & Bockius LLP
1 Federal Street
Boston, MA 02110
617-341-7869
michael.polovich@morganlewis.com